# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> **Plaintiff** ) <br> **vs.** ) <br> ) <br> **RICARDO DURAN, et al.,** ) <br> **Defendant.** ) <br> ) <br> ) | DOCKET NO.: 3:06CR51 <br><br> **ORDER UNSEALING** <br> **INDICTMENT** |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Superseding Bill of Indictment in the above-captioned case be unsealed.

Signed: July 19, 2006

David C. Keesler
United States Magistrate Judge