6UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE, NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:06CR00051 |
| V. | ) | |
| | ) | ORDER |
| JERMAINE BRYANT (1) | ) | |
| MICHAEL LAMPKIN (2) | ) | |

**THIS MATTER** is before the court upon Attorney's motion to continue this matter from the September 5, 2006 term of court. This will be the **ONLY CONTINUANCE IN THIS MATTER UNLESS A PARTY CAN SHOW A COMPELLING BASIS FOR ANOTHER CONTINUANCE.**

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this trial be scheduled for 27 November 2006 term.

The Clerk is directed to certify copies of this order to Defendant, counsel for the Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 31, 2006

Frank D. Whitney
United States District Judge